# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 20-20195MP |
| | Citizenship: MEXICO |
| Amadeo Martinez-Marcial | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about January 03, 2020, at or near Lukeville, Arizona, in the District of Arizona, Amadeo MARTINEZ-Marcial, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about January 05, 2020, agents found Amadeo MARTINEZ-Marcial in the United States of America at or near Ajo, Arizona without the proper immigration documents. Furthermore, Amadeo MARTINEZ-Marcial admitted to illegally entering the United States of America from Mexico on or about January 03, 2020, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 01/07/2020

at Tucson, Arizona

Ubaldo G Soto, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 01/07/2020

**Eric J. Markovich**
**Magistrate Judge**

**UNITED STATES DISTRICT COURT**  **JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

Date: 01/07/2020         Case Number: 20-20195MP

USA vs. Amadeo Martinez-Marcial
Magistrate Judge: ERIC J. MARKOVICH      Judge AO Code: 70CA
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Mirtha Nebeker, Spanish
Attorney for Defendant: Micaela Portillo (CJA)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense     [X] Date of Arrest: 01/05/2020

OTHER: Micaela Portillo (CJA) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Governments Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

|  |  |
|---|---|
| Recorded by Courtsmart | Status Hrg: 1 |
| BY: Allison Siquieros | Atty Appt: 0 |
| Deputy Clerk |  |
| Start: 1:28 PM Stop: 2:30 PM |  |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Amadeo Martinez-Marcial,<br><br>Defendant. | 20-20195MP<br><br>**ORDER** |

The United States has orally moved to dismiss the Complaint against the defendant, Amadeo Martinez-Marcial. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Tuesday, January 07, 2020.

*[signature]*

Eric J. Markovich
Magistrate Judge

Arresting Agency: TCA